UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | :  File No. 1:03-CR-68-02 |
| | : |
| **KEITH MORRIS** | : |

## ORDER

The Magistrate Judge's Report and Recommendation was filed March 27, 2007. (Doc. 154.) After de novo review and absent objection,[1] the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1). Petitioner's motion to vacate and set aside the revocation of his conditions of supervised release and four-month sentence of incarceration pursuant to 28 U.S.C. § 2255 (Doc. 147) is DENIED.

Pursuant to the text only Order granting in part defendant's Motion for Stay of Execution of Sentence (Doc. 152), the defendant is ordered to report to serve his sentence on Tuesday, April 17, 2007, at 2:00 p.m., at a location to be disclosed to him by the U.S. Marshal's Office.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 11th day of April, 2007.

        /s/ J. Garvan Murtha
        J. Garvan Murtha
        United States District Judge

---

[1] The Affidavit of Keith Morris filed April 10, 2007 (Paper 155) fails to set forth "specific, written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b).